Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTEN LEONE,<br><br>    Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | No. 2:23-cv-00159-RAJ<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.  The trial date and all remaining pretrial deadlines previously set are hereby STRICKEN.

DATED this 28th day of February, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge